**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DAVID JUSTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:24-cv-08201 |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc.

("Experian") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and

removes this civil action from the Civil Court of the City of New York, Kings County, where it

is now pending as Index No. CV-022932-24/KI, to the United States District Court for the

Eastern District of New York.  In support of this Notice, Experian states the following grounds:

1.      An action was filed by Plaintiff David Juste ("Plaintiff") in the

Civil Court of the City of New York, Kings County, entitled *David Juste v.*

*Experian Information Solutions, Inc.*, Index No. CV-022932-24/KI (the "State

Court Action").

2.      Experian was served with the Summons and Complaint on or about

October 28, 2024.

3.      This Notice is being filed with this Court within thirty (30) days

after Experian received a copy of Plaintiff's initial pleading setting forth the

claims for relief upon which Plaintiff's action is based, pursuant to 28 U.S.C. § 1446(b).

4. A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

5. This Court is the proper district court for removal because the State Court Action is pending within this district.

6. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 in that this civil action arises under the Constitution or laws of the United States.

7. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: November 26, 2024                    Respectfully submitted,

*/s/ William P. Quaranta*
William P. Quaranta
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-8306
Facsimile:  (212) 755-7306
Email: wquaranta@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

To:     April Forbes, Esq.
        April Forbes, P.C.
        P.O. Box 865
        Hudson, New York 12534
        Telephone: (518) 249-5328
        Facsimile: (518) 707-0880
        Email: aforbes@esquirepc.org
        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, William P. Quaranta, certify that on November 26, 2024, I caused the foregoing to be

filed with the Clerk of the Court and served on all counsel of record.


*/s/ William P. Quaranta*
William P. Quaranta

*Attorney for Defendant*
*Experian Information Solutions, Inc.*